KAREN P. HEWITT
United States Attorney
NICOLE ACTON JONES
Assistant U.S. Attorney
California State Bar No. 231929
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5482
nicole.jones@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0719-L |
| Plaintiff, | ) | |
| v. | ) | |
| RIGOBERTO HERNANDEZ-RIVERA, | ) | JOINT MOTION TO CONTINUE MOTION HEARING |
| Defendant. | ) | |

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Nicole Acton Jones, Assistant United States Attorney, and the defendant, Rigoberto Hernandez-Rivera, by and through his counsel, Jennifer Coon, Federal Defenders of San Diego, Inc., that the motion hearing in the above entitled case scheduled for Monday, July 7, 2008 at 2:00 p.m., be continued to Monday, July 21, 2008 at 2:00 p.m. The continuance is needed to provide the Government sufficient time to respond Defendant's motion.

//
//
//
//
//

08CR0719-L

1 | The undersigned Assistant United States Attorney called the court's courtroom deputy to obtain
2 | the new hearing date and that date is agreeable to all parties. A proposed order with respect to this joint
3 | motion is being submitted directly to the court via efile_lorenz@casd.uscourts.gov.

Date:  June 27, 2008            s/Nicole Acton Jones
                                NICOLE ACTON JONES
                                Assistant U.S. Attorney


Date:  June 27, 2008            s/Jennifer Coon
                                JENNIFER COON
                                Attorney for Defendant

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0719-L |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| RIGOBERTO HERNANDEZ-RIVERA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Nicole Acton Jones, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Joint Motion to Continue Contested OSC Hearing on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Jennifer Coon, Federal Defenders**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

/s Nicole Acton Jones
NICOLE ACTON JONES