UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0719-L |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |
| RIGOBERTO HERNANDEZ-RIVERA, | ) | |
| Defendant. | ) | |

O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that the motion hearing in the above entitled case be continued from July 7, 2008, at 2:00 p.m. to July 21, 2008, at 2:00 p.m.

DATED: June 30, 2008

M. James Lorenz
United States District Court Judge