**TABLE OF CONTENTS**

EXHIBIT 1:   San Bernardino Sheriff's Department Report
             dated July 4, 2003. . . . . . . . . . . . . . .1

EXHIBIT 2:   Property Records for 2195 Marigold Way, Hemet,
             California. . . . . . . . . . . . . . . . . . .8

EXHIBIT 3:   Probation Report dated January 9, 2008. . . 12

# EXHIBIT
# 1

# CALIFORNIA — DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
## VEHICLE REPORT
CHP 180 (Rev 2-99) OPI 061

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| Field | Value |
|---|---|
| REPORTING DEPARTMENT | SBSO-63 |
| LOCATION CODE | 2600 |
| DATE / TIME OF REPORT | 070403 / 0340 |
| NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | |
| FILE NO. | 03 03 03226 |
| LOCATION TOWED / STOLEN FROM | Lime St S of Arrow Rte Fon |
| ODOMETER READING | |
| VIN CLEAR IN SVS? | YES |
| LIC. CLEAR IN SVS? | YES |
| DATE / TIME DISPATCH NOTIFIED | 070403 / 0340 |
| LOG NO. | |
| YEAR | 87 |
| MAKE | Ford |
| MODEL | Ranger |
| BODY TYPE | PU |
| COLOR | BLK |
| LICENSE NO. | 3K19633 |
| ONE / TWO | TWO |
| MONTH / YEAR | 08/03 |
| STATE | CA |
| VEHICLE IDENTIFICATION NO. | 1FTCR11TXHUB25920 |
| VALUATION BY | OFFICER — 301-4000 |

REGISTERED OWNER: Humberto Rivera Hernandez
786 W Hawthorne St
Bloomington CA 92316

[X] IMPOUNDED

TOWING / STORAGE CONCERN: Patriots Tow 3753 Placentia Ave Riverside
STORAGE AUTHORITY / REASON: VC 22655.5 - Crime Inv
TOWED TO / STORED AT: 909-787-0393
AIRBAG? NO
DRIVEABLE? YES
VIN SWITCHED? NO

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | ✓ | SEAT (FRONT) | ✓ | | REGISTRATION | ✓ | | CAMPER | | ✓ | LEFT FRONT | FAIR |
| BURNED HULK per 431(c) VC | | ✓ | SEAT (REAR) | ✓ | | ALT. / GENERATOR | ✓ | | VESSEL AS LOAD | | ✓ | RIGHT FRONT | |
| VANDALIZED | | ✓ | RADIO | ✓ | | BATTERY | ✓ | | FIREARMS UNK | | | LEFT REAR | |
| ENG. / TRANS. STRIP | | ✓ | TAPE DECK | OK | | DIFFERENTIAL | ✓ | | OTHER | | | RIGHT REAR | |
| MISC. PARTS STRIP | | ✓ | TAPES | | | TRANSMISSION | ✓ | | | | | SPARE | |
| BODY METAL STRIP | | ✓ | OTHER RADIO | | | AUTOMATIC | | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) VC | | ✓ | IGNITION KEY | ✓ | | MANUAL | ✓ | | | | | SPECIAL WHEELS | |

RELEASE VEHICLE TO: [X] AGENCY HOLD
GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE): [signature]
DATE / TIME: 070403

REMARKS: TAKEN FOR EVIDENCE REF P.C. 261 INVESTIGATION.

I.D. NO. 14335
REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22852 VC? YES
DATE NOTIFIED: 7404

OSP 89 18768

1

| 15-10508-Rev 6/82 (CR) SHERIFF'S DEPARTMENT COUNTY OF SAN BERNARDINO, CA UNIFORM CRIME REPORT | 1. CODE SECTION ☒ F P.C. 261 ☐ M P.C. 289 ☐ Other | 2. CRIME DEFINITION RAPE; PENETRATION WITH A FOREIGN OBJECT | | 3. CASE NUMBER-STATION 030303226 | |
|---|---|---|---|---|---|
| | 4. ASSIGNED MO-DAY-YEAR TIME 07/04/2003  02:47 | 5. ARRIVED MO-DAY-YEAR TIME 07/04/2003  02:52 | | 6. BEAT 01 | 7. REPORT DIST. FN203 |
| 8. OCCURRED DAY-OF-WEEK/MO-DAY-YEAR/TIME FRI 07/04/2003 02:20 FRI 07/04/2003 02:45 | | 9. REPORTED MO-DAY-YEAR TIME 07/04/2003  02:46 | 10. LOCATION OF OCCURRENCE 8635 LIME, FONTANA | | CITY |

CODES FOR BOXES 12 & 22 ARE: V = VICTIM  W = WITNESS  RP = REPORTING PARTY  DC = DISCOVERED CRIME  IP = INVOLVED PARTY

**VICTIM/WITNESS**

| 11. NAME: LAST, FIRST MIDDLE (FIRM NAME IF A BUSINESS) CONFIDENTIAL | 12. V | 13. RESIDENCE ADDRESS-STREET-CITY-ZIP | 14. RESIDENCE PHONE |
|---|---|---|---|
| 15. OCCUPATION | 16. RACE/SEX | 17. AGE | 18. DOB M-D-YR | 19. BUSINESS ADDRESS-STREET-CITY-ZIP | 20. BUSINESS PHONE |
| 21. NAME: LAST, FIRST, MIDDLE (FIRM NAME IF BUSINESS) [REDACTED] | 22. RP | 23. RESIDENCE ADDRESS-STREET-CITY-ZIP | 24. RESIDENCE PHONE |
| 25. OCCUPATION SECURITY GAURD | 26. RACE/SEX W/M | 27. AGE 20 | 28. DOB M-D-YR 11/16/1982 | 29. BUSINESS ADDRESS-STREET-CITY-ZIP SAN BERNARDINO, CA | 30. BUSINESS PHONE |

**SUSPECTS**

| 31. SUSPECT NO. 1 LAST, FIRST MIDDLE RIVERA, RIGOBERTO HERNANDEZ | 32. RACE/SEX H/M | 33. AGE 33 | 34. HEIGHT 5'06" | 35. WEIGHT 160 | 36. HAIR BLK | 37. EYES BRO | 38. DOB M-D-Y 06/18/1970 | 39. ARRESTED ☒ YES ☐ NO | 40. INTERVIEWED ☒ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|
| 41. RESIDENCE ADDRESS-STREET-CITY-ZIP 17856 GROVE PLACE, BLOOMINGTON, CA 92316 | | | 42. CLOTHING AND OTHER IDENTIFYING MARKS/CHARACTERISTICS A.K.A. ALBERTO CAMPOS 050170 | | | | | | |
| 43. SUSPECT NO. 2 LAST, FIRST MIDDLE | 44. RACE/SEX | 45. AGE | 46. HEIGHT | 47. WEIGHT | 48. HAIR | 49. EYES | 50. DOB M-D-Y | 51. ARRESTED ☐ YES ☐ NO | 52. INTERVIEWED ☐ YES ☐ NO |
| 53. RESIDENCE ADDRESS-STREET-CITY-ZIP | | | 54. CLOTHING AND OTHER IDENTIFYING MARKS/CHARACTERISTICS | | | | | | |

| 55. CHECK IF MORE NAMES IN CONTINUATION ☐ YES ☒ NO | 56. ADDITIONAL INFORMATION ☒ VICTIM ☒ WITNESS ☒ OFFICER ☒ OTHER |
|---|---|
| 57. PHYSICAL EVIDENCE RECOVERED ☒ YES ☐ NO | 58. PHOTOGRAPHS TAKEN ☒ YES ☐ NO | 59. LATENT PRINTS LIFTED ☐ YES ☒ NO |

| 60. VEHICLE | 61. COLOR BLACK | 62. YR 1987 | 63. MAKE FORD | 64. MODEL P/U | 65. BODY TYPE P/U | 66. LICENSE 3K19633 | 67. STATE CA | 68. DAMAGE/ODDITY/ACCESSORIES |
|---|---|---|---|---|---|---|---|---|

**CRIME**

| 69. ROBBERY | WEAPON: ☐ FIREARM ☒ CUTTING INSTRUMENT | ☐ OTHER DANGEROUS WEAPON ☐ STRONG ARM | LOCATION: ☐ HIGHWAY ☐ CONVENIENCE STORE | ☐ OTHER BUSINESS ☐ RESIDENCE | ☐ SERV. STATION ☐ BANK ☐ MISC. |
|---|---|---|---|---|---|
| 70. ASSAULTS | WEAPON: ☐ FIREARM | ☐ KNIFE/CUTTING INSTRUMENT | ☐ OTHER DANGEROUS WEAPON | ☐ HANDS/FEET | ☐ SIMPLE/NO INJURY |
| 71. BURGLARY | ☐ NIGHT ☐ DAY ☐ UNKNOWN | ☐ FORCIBLE ENTRY ☐ ATTEMPT BY FORCE | ☐ ENTRY-NO FORCE | ☐ RESIDENCE ☐ NON-RESIDENCE(BUILDING) | ☐ VEHICLE |
| 72. LARCENY | ☐ PICKPOCKET ☐ PURSE-SNATCH | ☐ SHOPLIFT ☐ FROM MOTOR VEHICLE | ☐ MOTOR VEHICLE PARTS ☐ BICYCLES | ☐ FROM BLDG: NOT SHOPLIFT OR MACHINES ☐ FROM COIN-OPERATED MACHINES | ☐ ALL OTHERS |

**STATS**

| 73. PROPERTY TYPES & VALUES | STOLEN | | STOLEN | | STOLEN |
|---|---|---|---|---|---|
| CURRENCY, NOTES | $ | TV, STEREO, ETC. | $ | CONSUMMABLE GOODS | $ |
| JEWELRY | $ | FIREARMS | $ | LIVESTOCK | $ |
| CLOTHING, FURS | $ | HOUSEHOLD GOODS | $ | OTHER MISC. | $ |
| OFFICE EQUIPMENT | $ | ☒ IDENTIFIABLE PROPERTY TAKEN ☐ NCIC ENTRY COMPLETED | | TOTAL | $ |

| 74. DOMESTIC VIOLENCE INJURIES ☐ NONE ☐ MINOR ☐ MAJOR WEAPONS: ☐ YES ☐ NO |
|---|
| 75. PEACE OFFICER ASSAULTED/ARSON ☐ YES  IF YES, COMPLETE BOXES 1, 2, 3, 4, AND 34 OR 35 ON CR-4 FORM. |

**76. SYNOPSIS**

The suspect was supposed to give the victim a ride to the store. He passed the store and took her to a dark secluded street. Feeling something was wrong, the victim got out of the truck and ran. The suspect caught up to her and told her to do what he said because he has a loaded .38 caliber gun in the truck. He then took off the victims pants and underwear before sticking his fingers into the victims vagina. The suspect then put his erect penis into the victims vagina as he forced his fingers into the victims anus. The suspect moved his penis back and forth in the victims vagina until he ejaculated. The suspect was caught when the victim was able to flag down an armed security gaurd. The suspect was not wearing a shirt, his belt was undone and his zipper was down at the time of his capture. The suspect denies having sex with the victim and stated he does not know her. The victims underwear were found in the suspects truck.

| 77. REPORTING OFFICER J. LISNER | 78. EMP. # L2115 | 79. DATE 07/04/2003 | 80. REVIEWED BY | DATE 7/6/04 | 81. ROUTED TO ☒ SUBMIT TO D/A ☐ IMMEDIATE FOLLOW UP | ☐ OTHER |
|---|---|---|---|---|---|---|
| 82. REPORTING OFFICER IS 115 QUALIFIED | ☒ YES ☐ NO | | | | | |

2

| | | CASE NO. |
|---|---|---|
| **SHERIFF'S DEPARTMENT** | | DR-030303226 |
| **COUNTY OF SAN BERNARDINO** | | REPORT AREA |
| **CALIFORNIA** | Page 1 | |
| **CA 03600** | | |

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 261/289 | RAPE; PENETRATION W/FOREGIN | |
| VICTIM'S NAME - LAST NAME | FIRST NAME    MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| CONFIDENTIAL | | |
| ADDRESS | RESIDENCE | PHONE |

### ASSIGNMENT/ARRIVAL:

On 7-4-03 at about 0247 hours, I was dispatched to 15755 Arrow Rt., Fontana, reference a male and a female there. The female was screaming that the male attempted to rape her, and the male had a gun in the vehicle with him and was being uncooperative with the R/P, who is a security guard. I arrived at about 0252 hours and did not see the subjects in question. However, I remembered from past experiences that IPS Security checks the 15755 Arrow Rt. location and frequently drives south on Lime St. from Arrow in order to check the rear of the location. I drove to Lime St. and went southbound from Arrow. Once I turned south onto Lime St., I noticed an IPS security vehicle stopped in the middle of the street near 8635 Lime. There was also a black truck parked in front of that address. As I got closer to the vehicles, I noticed the IPS security guard standing near his driver's door, a female standing near the passenger's side of the security guard's vehicle, and the suspect sitting on the ground, handcuffed behind his back. I noticed the suspect did not have a shirt on, his belt was undone, and his zipper was down.

### CONTACT WITH VICTIM:

As I approached the R/P, I noticed that the victim was crying. I asked her to tell me what was going on. She told me the suspect had raped her, and she pointed toward RIGOBERTO RIVERA, who was the subject sitting down and handcuffed. I asked the victim to explain a little better what had happened. She said the suspect offered to give her a ride to the store so she could use the payphone. Instead, he drove to the dark street and raped her. She said she tried to get away, but the suspect caught up to her and told her he had a loaded .38 in the car. At this point, the victim was very upset and having trouble speaking so I decided to wait awhile and re-interview her after she had a chance to calm down.

### INTERVIEW, R/P SCOTT, GEORGE:

███ is a security guard for the IPS security company. Part of his duties are to check the 15755 Arrow Rt. location. He said he was going to check the back of the location and drove south on Lime, when he saw the victim run from the passenger's side of the suspect's vehicle into the street. The victim waved her hands as she did this. ███ said he stopped his vehicle in the street. The victim attempted to get in his back seat and said, "HE RAPED ME AND HE HAS A LOADED .38 IN THE TRUCK." ███ stated the suspect was near the passenger's side of the suspect's vehicle at this point, with his hands in his lap. ███ told the suspect to show him his hands, but the suspect refused. ███ told the suspect several more times to show him his hands, but the suspect still refused. Finally ███ put his hand on his hand on his own handgun and repeated his command for the suspect to show him his hands. The suspect then complied. ███ ordered the suspect out, away from the truck and into the street where he had the suspect drop down to his knees. The suspect complied. ███ handcuffed him and waited for deputies to arrive.

### SUSPECT INTERVIEW, RIVERA, RIGOBERTO:

I read RIVERA his rights per my department-issued Miranda warning card. To question #1 he replied, "YES, I DO." To question #2 he replied, "YEAH, I WANT TO TALK ABOUT WHAT HAPPENED.". I then asked the suspect to tell me his version of the events. He said he drove his truck to the location because he works there and he did not want people to

| REPORTING OFFICER | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| DEP. J. LISNER L2115 | 7-7-03 | ✓ | JEAN PERRY | | |
| FURTHER ACTION: | COPIES TO: | ☐ Other  ☐ SO/PD | REMARKS | | |
| ☐ YES  ☐ NO | ☐ Detective  ☐ CII  ☐ Other | | | | |
| 15-15184-401 Rev. 1/83 | ☐ Dist. Atty.  ☐ Patrol | | | | |

3

| | | CASE NO. |
|---|---|---|
| **SHERIFF'S DEPARTMENT** | | DR 030303226 |
| **COUNTY OF SAN BERNARDINO** | | |
| **CALIFORNIA** | | REPORT AREA |
| **CA 03600** | Page 2 | |

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 261/289 | RAPE; PENETRATION W/FOREGIN | |

| VICTIM'S NAME - LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| CONFIDENTIAL | | | |

| ADDRESS | RESIDENCE | PHONE |
|---|---|---|

put graffiti on the walls. He decided to sleep in his truck and was there for about ten minutes, when he saw the victim walking south on Lime from Arrow. He said the victim approached his vehicle and asked for a ride. RIVERA said he asked her where she wanted to go, and she said she needed to go to Valley Bl. and Cherry Ave. RIVERA told her, "NO." The security guard then pulled up in his vehicle. The victim ran into the street, toward a security guard, yelling something about a loaded .38. The next thing he knew, the security guard told him to get out of his truck and the security guard put handcuffs on him.

I asked RIVERA which side of the vehicle the victim walked up to, and he said it was the passenger's side. I asked him if he knew the victim, and he said he did not. I asked him if he had sexual intercourse with the victim, and he stated that he has never had sexual intercourse with the victim. I asked RIVERA if anything in his vehicle belonged to the victim, and he said nothing did. I asked him if the victim had ever been inside his vehicle, and after a long pause he stated the victim sat in the passenger's side of his truck when she asked for a ride.

I asked RIVERA if the victim had just come to the passenger's door, or if she had actually sat inside the truck. He said she originally came to the passenger's side of the truck when she asked him for a ride. He said he first told her he would give her a ride, and so she got into the passenger's seat. He asked her where she wanted to go and when she told him Valley and Cherry, he told her he would not give her a ride.

I asked RIVERA if he had anything to add to his statement, and he said he did not. I explained to him that he was being accused of rape and that was also being accused of having a loaded .38 handgun in the vehicle. He told me there was no handgun in his vehicle and that I could search his truck.

**ADDITIONAL INFORMATION:**

On searching the suspect's truck, I found a pair of green female underwear on the passenger's side floorboard. I brought the victim to the passenger's side of the vehicle and pointed to the underwear that I saw on the floor. I asked her if she knew who the underwear belonged to, and she stated they were hers. I then put the underwear in a brown paper bag to take to the SART nurse during the examination.

**PHOTOS:**

Dep. MIKE MARTINEZ took several photos of the victim, suspect, and suspect's vehicle. He gave me the film to be sent to the Crime Lab.

**EXAMINATIONS:**

I took the victim to Kaiser Hospital for a SART nurse to conduct a sex kit on her. Dep. MIKE MARTINEZ took the suspect to Fontana Station for a separate SART nurse to conduct an examination on him.

| REPORTING OFFICER | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| DEP. J. LISNER L2115 | 7-7-03 | | JEAN PERRY | | |

| FURTHER ACTION: | COPIES TO: | ☐ Other | ☐ SD/PD | REMARKS |
|---|---|---|---|---|
| ☐ YES   ☐ NO | ☐ Detective | ☐ CII | ☐ Other | |
| 15-15184-401 Rev. 1/83 | ☐ Dist. Atty. | ☐ Patrol | | |

4

| | | |
|---|---|---|
| **SHERIFF'S DEPARTMENT**<br>**COUNTY OF SAN BERNARDINO**<br>**CALIFORNIA**<br>**CA 03600** | Page 3 | CASE NO.<br>DR 030303226<br>REPORT AREA |
| CODE SECTION<br>PC 261/289 | CRIME<br>RAPE; PENETRATION W/FOREGIN | CLASSIFICATION |
| VICTIM'S NAME - LAST NAME   FIRST NAME   MIDDLE NAME<br>CONFIDENTIAL | | (FIRM NAME IF BUSINESS) |
| ADDRESS   RESIDENCE | | PHONE |

**VICTIM INTERVIEW:**

V1 told me she and her husband had been arguing over the past few days. She decided to leave him and go back to Missouri with other family members. On her way to Missouri she stopped in Fontana to visit some old friends before she left. One of her friends lives in a trailer behind the Noa Noa bar on the southwest corner of Valley and Banana, Fontana. While at her friend's house, V1 was talking to her friend about relations with her husband and she decided to call her husband and go home.

V1 went to the payphone at Cherry and Valley to call her husband. Her husband, who was in Trona, told her he would take a shower and then drive to Fontana to pick her up, but that would take a couple of hours. In the meantime, the victim returned to her friend's residence where she, her friend and her friend's girlfriend continued to drink alcohol.

V1 began arguing with her friends, and decided to wait in the parking lot for her husband to pick her up. While waiting there, she set her belongings down in the parking lot of the Noa Noa bar. She then decided to walk to Cherry and Valley to call her husband to see if he had left their residence yet. As she started to walk through the parking lot, she noticed the suspect parked near the Noa Noa bar. The suspect began making small talk with V1 and during their short conversation, the suspect asked what she was doing. She told him she was going to walk to the store at Cherry and Valley to call her husband. The suspect offered the victim a ride to the corner and she accepted.

The suspect drove V1 past the store at Cherry and Valley. When she told him he had passed the store, he began to "act stupid." He began acting like he did not speak English, when he had been speaking English to her during the entire conversation. The suspect drove to 8635 Lime and parked on the side of the road in front of the business. V1 said she could tell something was wrong, and she became scared. She got out of the truck and ran north on Lime, while screaming for help.

V1 told me she tripped and fell to the ground, landing on her hands and knees. The suspect was able to catch up to her. He picked her up with one hand on the back of her neck and his other hand on her left elbow. The suspect walked her back to his truck and as they walked he said, "YOU HAVE THREE CHOICES. YOU'RE GOING TO BE QUIET, YOU'RE NOT GOING TO CAUSE A SCENE, YOU'RE GOING TO DO WHAT I TELL YOU. I HAVE A LOADED .38 BEHIND THE SEAT OF MY TRUCK, AND DON'T THINK ABOUT GRABBING IT." She said she does not remember the other two choices.

V1 remembered asking the suspect if he was going to kill her. He said, "I'M NOT GOING TO KILL YOU BUT YOU'RE GOING TO DO WHAT I WANT." She said she was afraid and believed he was going to kill her. V1 cooperated with the suspect, hoping he would keep his word and not kill her. At this point, both the victim and the suspect were standing by the passenger's side of the suspect's truck and the passenger's door was open. The suspect told her to get into the truck, and she did.

The suspect pulled down V1's pants all the way off and threw them somewhere. He then pulled her underwear off with both hands and also threw them in an unknown location. The suspect then told V1 to turn around and get on her hands

| REPORTING OFFICER<br>DEP. J. LISNER L2115 | DATE<br>7-7-03 | REVIEWED BY | TYPED BY<br>JEAN PERRY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| FURTHER ACTION:<br>☐ YES   ☐ NO | COPIES TO:<br>☐ Detective<br>☐ Dist. Atty. | ☐ Other<br>☐ CII<br>☐ Patrol | ☐ SO/PD<br>☐ Other | REMARKS | |
| 15-15184-401 Rev. 1/83 | | | | | |

5

| | | |
|---|---|---|
| **SHERIFF'S DEPARTMENT**<br>**COUNTY OF SAN BERNARDINO**<br>**CALIFORNIA**<br>**CA 03600**    Page 4 | | CASE NO.<br>DR 030303226<br>REPORT AREA |
| CODE SECTION<br>PC 261/289 | CRIME<br>RAPE; PENETRATION W/FOREIGN | CLASSIFICATION |
| VICTIM'S NAME - LAST NAME    FIRST NAME    MIDDLE NAME    (FIRM NAME IF BUSINESS)<br>**CONFIDENTIAL** | | |
| ADDRESS    RESIDENCE    PHONE | | |

and knees. V1 turned, putting her hands on the driver's seat with her knees in the center of the vehicle or possibly on the edge of the passenger's seat. The suspect then got in behind her. The suspect used both hands to pull the victim's vagina apart. She said he was pulling her vagina in different directions as if he was trying to tear it. V1 then felt some of the suspect's fingers penetrate into her vagina. After doing this for a short time, the suspect put his erect penis into her vagina.

I asked V1 how she knew it was the suspect's penis, and she stated she did not look at him the entire time she was on her hands and knees but she has had sex in the past and knows what a penis feels like. I asked her if the suspect's penis was erect, and she said it was. V1 told me the suspect began moving his penis back and forth in her vagina. At the same time, the suspect had taken his fingers from her vagina and began forcing them into her anus. She told me that at one point, the suspect pulled her hair. The suspect then ejaculated in the victim's vagina. I asked her how she knew that he had ejaculated, and she said she was able to feel his ejaculation and knows what it feels like when someone ejaculates inside her. V1 said the suspect then pulled his penis out of her and they both got out of the truck.

Once outside, the victim noticed her pants in the bed of the truck. She picked them up and put them on. She then noticed her shoes on the ground outside the truck, and she put those on also. The suspect then yelled at her, stating that she was a prostitute and that she had four kids. V1 explained to him that she only had one child, and she was not a prostitute. The suspect continued yelling at her and insulting her. V1 said she was still scared, thinking the suspect might try to kill her, when she saw the R/P's vehicle driving down Lime. She ran down the street to stop the vehicle and stated she got all the way to the vehicle before she realized it was a security guard. The R/P then detained the suspect.

I asked the victim if she understood the following terms: penis, erection, ejaculation, vagina, anus, and sex. She said she understood all of them.

**ADDITIONAL INFORMATION:**

After V1 had been examined by the SART nurse, I asked the SART nurse, MEL DEL DEGAN, if the victim's injuries were consistent with her story. The SART nurse told me that they were.

**BOOKING:**

Dep. N. RODRIGUEZ transported RIVERA to West Valley Detention Center where he was booked on the above charges. After he left the station with the suspect, I realized I forgot to give him the suspect's wallet and cell phone. I took the wallet, cell phone, and $35 he had in his wallet and placed them into safekeeping at Fontana Station.

**EVIDENCE:**

Both sex kits and the victim's and suspect's clothing were placed into evidence; see CR3. Dep. MARTINEZ took the evidence packaged by the SART nurse who performed the examination on the suspect and booked it into evidence, while I took the evidence packaged by the SART nurse who examined the victim and placed that into evidence.

| REPORTING OFFICER<br>DEP. J. LISNER L2115 | DATE<br>7-7-03 | REVIEWED BY | TYPED BY<br>JEAN PERRY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| FURTHER ACTION:<br>☐ YES  ☐ NO | COPIES TO:<br>☐ Detective<br>☐ Dist. Atty. | ☐ Other<br>☐ CII<br>☐ Patrol | ☐ SD/PD<br>☐ Other | REMARKS | |
| 15-15184-401 Rev. 1/83 | | | | | |

6

| | | |
|---|---|---|
| **SHERIFF'S DEPARTMENT<br>COUNTY OF SAN BERNARDINO<br>CALIFORNIA<br>CA 03600**   Page 5 | CASE NO.<br>DR 030303226<br>REPORT AREA | |

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 261/289 | RAPE; PENETRATION W/FOREGIN | |

| VICTIM'S NAME - LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| CONFIDENTIAL | | | |

| ADDRESS | RESIDENCE | PHONE |
|---|---|---|
| | | |

**DISPOSITION:**

Forward to District Attorney.

| REPORTING OFFICER | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| DEP. J. LISNER L2115 | 7-7-03 | | JEAN PERRY | | |

FURTHER ACTION: ☐ YES ☐ NO

COPIES TO: ☐ Other  ☐ SD/PD  ☐ Detective  ☐ CII  ☐ Other  ☐ Dist. Atty.  ☐ Patrol

REMARKS:

15-15164-401 Rev. 1/83

7

# EXHIBIT 2

10 of 12 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY RECORD FOR RIVERSIDE COUNTY, CA

ESTIMATED ROLL CERTIFICATION DATE JULY 1, 2007

**Owner:** RIVERA RIGOBERTO H (Single or Unmarried Man); Owner Occupied

**Mailing Address:** 2195 MARIGOLD WAY, HEMET, CA 92545

**Property Address:** 2195 MARIGOLD WAY, HEMET, CA 92545

*************************** SALES INFORMATION ***************************

**Recorded Date:** 10/2006

**Sale Price:** $ 310,000 (Sales Price Computed From Transfer Tax. No Indication Whether Tax Was Paid On Full Or Partial Consideration.)

**Document Number:** 2006-0795035

************************* ASSESSMENT INFORMATION *************************

**Assessor's Parcel Number:** 444-321-020

**Legal Description:** LOT: 20; CITY: HEMET

**Brief Description:** LOT 20 MB 096/011 TR 10175

**Land Use:** SINGLE FAMILY RESIDENCES

**Assessment Year:** 2007

**Assessed Land Value:** $ 50,000

**Assessed Improvement Value:** $ 260,000

**Total Assessed Value:** $ 310,000

**************************** TAX INFORMATION ****************************

**Tax Rate Code:** 6-019

*********************** PROPERTY CHARACTERISTICS ***********************

| | | | |
|---|---|---|---|
| Year Built: | 1979 | No. of Buildings: | |
| Stories: | 1 | Style: | |
| Units: | 1 | Air Conditioning: | Central |
| Bedrooms: | 3 | Heating: | Central |
| Baths: | 1.00 | Construction: | |
| Partial Baths: | 1 | Basement: | |

8

RIVERSIDE COUNTY, CA 2195 MARIGOLD WAY, HEMET, CA 92545

| | | | |
|---|---|---|---|
| Total Rooms: | | Exterior Walls: | |
| Fireplace: | Yes | Foundation: | |
| Garage Type: | Attached | Roof: | Wood Shake/Shingles |
| Garage Size: | 2 Car(s) | Elevator: | |
| Pool/Spa: | | Lot Size: | 7405 SF |
| | | Building Area: | 1220 |

**TAPE PRODUCED BY COUNTY:** 8/2007

9

9 of 12 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY TRANSFER RECORD FOR RIVERSIDE COUNTY, CA

**Buyer:** RIVERA, RIGOBERTO H (Single or Unmarried Man)

**Buyer Mailing Address:** 2195 MARIGOLD WAY, HEMET, CA 92545

**Seller:** MARIN, IVAN G (Single or Unmarried Man)

**Property Address:** 2195 MARIGOLD WAY, HEMET, CA 92545

*************************** SALES INFORMATION ***************************

**Sale Date:** 10/25/2006

**Recorded Date:** 10/30/2006

**Sale Price:** $ 310,000 (Sales Price Computed From Transfer Tax. No Indication Whether Tax Was Paid On Full Or Partial Consideration.)

**County Transfer Tax:** $ 341.00

**Document Number:** 2006-0795035

**Deed Type:** GRANT DEED

**Assessor's Parcel Number:** 441-341-020

**Legal Description:**   LOT: 20; CITY: HEMET; TRACT NUMBER: 10175; RECORDER'S MAP REFERENCE: MP96 PG11&12

*************************** MORTGAGE INFORMATION ***************************

**Lender:** DB HOME LENDING LLC

**Type of Mortgage:** NEW CONVENTIONAL LOAN; ADJUSTABLE RATE

**Loan Amount:** $ 248,000

**Rate:** 6.90 %

**Term:** 11/1/2036

**Title Company:** SECURITY UNION TITLE

*************************** PROPERTY DESCRIPTION ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

8 of 12 DOCUMENTS

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**MORTGAGE RECORD FOR** RIVERSIDE COUNTY, CA

**Borrower(s):** RIVERA, RIGOBERTO H (Single or Unmarried Man)

**Property Address:** 2195 MARIGOLD WAY, HEMET, CA 92545

********** RECORDER'S INFORMATION **********

**Recording Date:** 10/30/2006

**Document Number:** 2006-0795037

**Assessor's Parcel Number:** 441-341-020

**Legal Description:** LOT: 20; CITY: HEMET; TRACT: 10175

********** MORTGAGE INFORMATION **********

**Mortgage Type:** NON-PURCHASE MONEY

**Lender:** DB HOME LENDING LLC

**Lender Type:** LENDING INSTITUTION

**Loan Amount:** $ 62,000

**Loan Type:** STAND ALONE SECOND

**Due Date:** 11/1/2021

********** RIDER INFORMATION **********

BALLOON RIDER: ATTACHED
PREPAYMENT RIDER: ATTACHED

********** GEOGRAPHICAL INFORMATION **********

MSA: Los Angeles-Riverside-Orange County, CA CMSA (49)
     Riverside-San Bernardino, CA PMSA (6780)
        Riverside County, California (FIPS=06065)
           (49678006065)

# EXHIBIT 3

REPORT FORM  Probation Officer __B-25_____  A#_____  Client# _223009_

## COMPLETE AND MAIL BY THE 10th OF EACH MONTH
*Failure to report will be considered a "Violation of Probation"*

MAIL TO: Riverside County Probation Department
Hemet Office
1330 S. State Street, Suite A
San Jacinto, CA 92583

2008 JAN -9 AM 8:02

RIVERSIDE COUNTY
SAN JACINTO PROBATION

NAME: _Rigoberto Hernandez Rivera_  DOB: _6-18-70_  SS#: _____

Address: _2195 Marigold Way Hemet_  Apt/Space # _____

City: _Hemet_  State: _California_  Zip: _92545_

Mailing Address: _Same_

City: _____  State: _____  Zip: _____

Phone #: _____  Message Phone #: _____  Work Phone #: _909-355-2262_

Is this a new address?  ☐ YES  ☒ NO

MARITAL STATUS:  ☒ NO CHANGE  ☐ CHANGE  ☐ Single  ☐ Married  ☐ Divorced  ☐ Separated  ☐ Common Law

PERSONS RESIDING AT YOUR LISTED ADDRESS:  ☒ NO CHANGE  ☐ CHANGE

| NAME | Age | Relationship | NAME | Age | Relationship |
|---|---|---|---|---|---|
| Esther | 36 | Wife | Eias | 5 | Son |
| Elizabeth | 14 | Douther | Abraham | 1 | Son |

EMPLOYMENT/TRAINING:  ☐ NO CHANGE  ☐ CHANGE

JOB TITLE: _Continental_  FIRM/SCHOOL: _Palliet_  PHONE #: _909-355-2262_  HOURS/WEEK: _30_  WAGES: _8_

Is this a new job?  ☐ YES  ☒ NO

If unemployed, how are you supported? (SSI/AFDC/etc.) _____

Spouse's employment _____
JOB TITLE _____  FIRM/SCHOOL _____  PHONE # _____  HOURS/WEEK _____  WAGES _____

HEALTH:  ☒ Good  ☐ Poor  ☐ Complications: _____

Medication Used: _none_   NAME OF DRUG   STRENGTH/MG   AMOUNT   DOCTOR   DATE

Weekend custody: How many days completed? ____ Balance ____ Date custody completed ____

Work Release Program: Date released _____ Date completed _____

Community Service: How many hours completed? ____ Balance ____

Are you attending any counseling? _no_

Have you been QUESTIONED, CITED, ARRESTED, JAILED or in COURT since your last report?
Explain: (Give date, city, charges, court and court number)

Vehicles owned: (List make/year/color/license plate #)

Are there any problems that your PO should know about? _____
Explain: _no_

FOR INFORMATION REGARDING FEES, FINES, COST OF PROBATION, OR RESTITUTION, CONTACT THE FINANCIAL SERVICES UNIT OF THE COURT AT (909) 955-2860
P.O. BOX 828, RIVERSIDE, CA 92502

Have you had any important changes in your financial affairs this month? _____

**This information is true and correct to the best of my knowledge and belief.**

Signature _Rigoberto Hernandez Rivera_  Dated this _1-9-08_
MONTH  DAY  YEAR

127 (Rev 3/00)

12