```
 1  JENNIFER L. COON
    California State Bar No. 203913
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: jennifer_coon@fd.org

 5  Attorneys for Mr. Hernandez-Rivera
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RIGOBERTO HERNANDEZ-RIVERA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. 08CR0719-L <br><br> DATE:  July 21, 2008 <br> TIME:  2:00 p.m. <br><br> **DECLARATION OF ESTHER GARIBAY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE INDICTMENT DUE TO INVALID DEPORTATION** |

I, Esther Garibay, declare under penalty of perjury:

1. I make this declaration in support of a motion of Rigoberto Hernandez-Rivera filed by his attorney.

2. I am a U.S. citizen, born in the United States. Attached as Exhibit A is a true and correct copy of my birth certificate.

3. I have been in a common-law relationship with Mr. Hernandez since late 2004. We began dating approximately a year earlier, in late 2003.

3. Mr. Hernandez and I have two children together: Emmanuel Rigo Hernandez, age 2 months, born on May 24, 2008, and Abraham Rigo Hernandez, age 1 1/2 years, born on November 13, 2006. In addition, I have two children from a prior relationship: Luis Elijah Garibay ("Elijah"), age 5, and Elizabeth

//

Garibay, age 15. All four children are U.S. citizens born in the United States. Attached as Exhibit B is a true and correct copy of birth records for the three younger children.

4. Although my two older children are from a prior relationship, Mr. Hernandez has raised them as his own. My son Elijah has lived with Mr. Hernandez since he was just one year old, calls him "dad," and has been raised to believe that Mr. Hernandez is his true father. We had planned to have Mr. Hernandez legally adopt Elijah and to change Elijah's last name to Hernandez. My oldest daughter, Elizabeth, also calls Mr. Hernandez "dad" and loves him like a father. Before I met Mr. Hernandez, she was a difficult child who was earning poor grades, frequently ditching school, and having behavioral problems. Due to Mr. Hernandez's presence and guidance, she is now a straight-A student.

5. Mr. Hernandez is a wonderful father to our four children. He does not smoke, drink, or use drugs. He works hard during the week and then spends his weekends on family activities, such as gardening, fixing up the house, going to the movies and other family outings, attending church, and spending time with the children. He is very close to the children and has a great relationship with them. He also helps with the domestic chores, including yardwork, cleaning, occasional cooking, and taking care of the children.

6. Mr. Hernandez is also a good financial provider for the family. Although I worked until midway through my most recent pregnancy, Mr. Hernandez is the primary breadwinner for the family and was responsible for paying the household bills. Mr. Hernandez has worked as a foreman and forklift driver for Continental Pallets since I met him, and to my knowledge he has worked there for the last 10 years. He makes approximately $1200 per week depending on how much overtime is available. Attached as Exhibit C is a true and correct copy of recent paystubs from Continental Pallets.

7. In November 2006, Mr. Hernandez and I purchased our first home together at 2195 Marigold Way, Hemet, CA 92545. The title and mortgage were put solely in Mr. Hernandez's name because I had a poor credit history, and he was responsible for paying the mortgage of approximately $1,500 per month. Attached as Exhibit D are true and correct copies of a recent mortgage bill and notice of default. Mr. Hernandez and I had also recently purchased a 2007 Ford F150 truck together. Mr. Hernandez was responsible for paying the vehicle loan payment of approximately $675 per month. Attached as Exhibit E are true and correct copies of a recent vehicle loan bill and notice of default.

//

8. Since Mr. Hernandez was deported in January 2008, the family has suffered emotionally. Although he frequently calls and writes letters, our children and I miss him very much. My daughter Elizabeth was planning to have her quinceñera in March, but she canceled the party because she said that Mr. Hernandez – her "dad" – would not be there to dance the first song with her. My oldest son, Elijah, has also started to act up in Mr. Hernandez's absence. In addition, at the time of Mr. Hernandez's deportation, I was approximately four months pregnant with my baby son. The stress of the deportation caused me to have a difficult and high-risk pregnancy. I developed anemia and other medical problems, and ultimately had to deliver the baby by caesarean section. It was very difficult for me to recover from the delivery, and to care for myself, my infant son, and the other children, without Mr. Hernandez's care and assistance.

9. The deportation also caused our family to suffer financially. Due to my difficult pregnancy and the need to care for my infant son and other children, I have been unable to work since March. Without Mr. Hernandez's income, I have been struggling financially and I have been unable to pay for my family's basic needs. As a result, I was forced to apply for welfare in April. I now receive Aid to Families with Dependent Children (AFDC) and food stamps, as well as MediCal assistance for the children.

10. Since Mr. Hernandez's deportation, I also have been unable to pay our mortgage. After Mr. Hernandez's deportation in January, all of our family members and friends pitched in to help me make the February mortgage payment. However, I have not been able to make any payments since February. About a week ago, I received a telephone call from the mortgage lender. I was told that the lender would initiate foreclosure proceedings in approximately three weeks. I have recently begun to pack our family's belongings. I expect that we will be forced to leave the house soon, and I do not know where we will be able to stay. I have also been unable to make the payments on our truck for the last several months. I have called the dealer twice to offer to return the truck, and I expect that it will soon be repossessed.

//
//
//
//
//
//

11. I am in a committed, long-term relationship with Mr. Hernandez and consider him to be my husband and life partner. At the time of his deportation, we had been planning to legally marry and we were saving money to hire an immigration lawyer to help him apply for legal status. If I had known that it would have prevented his deportation, I would have immediately legally married him and petitioned for him to receive an immediate visa as my spouse.

I swear under penalty of perjury that, to the best of my knowledge and memory, the foregoing is true and correct.

DATED:   July 16, 2008

*/s/ Esther Garibay*
ESTHER GARIBAY

# EXHIBIT A

# County of San Bernardino
## Auditor/Controller-Recorder, County Clerk
www.sbcounty.gov/acr

**STATE OF CALIFORNIA — CERTIFICATION OF VITAL RECORD**

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA — DEPARTMENT OF PUBLIC HEALTH

| | | | |
|---|---|---|---|
| **THIS CHILD** | Name: ESTHER | Middle: GUADALUPE | Last: GARIBAY |
| | Sex: FEMALE | Single | Date of Birth: NOVEMBER 9, 1971 | Hour: 5:30 P.M. |
| **PLACE OF BIRTH** | Place: ENROUTE TO HOSPITAL | Street: HIGHWAY 91 | Inside city: No |
| | City: SAN BERNARDINO | County: San Bernardino | |
| **MOTHER OF CHILD** | Maiden Name: TERESA | Last: RODRIGUEZ | Birthplace: TEXAS |
| | Age: 21 | Race: CAUCASIAN | Residence: 13065 3RD STREET | Inside city: YES |
| | City: CHINO 92267 | County: SAN BERNARDINO | State: CALIFORNIA |
| **FATHER OF CHILD** | Name: GILBERT | | Last: GARIBAY | Birthplace: CALIFORNIA |
| | Age: 26 | Race: CAUCASIAN | Occupation: BOX BOY | Industry: MARKET |
| **INFORMANT'S CERTIFICATION** | Signature: Teresa Rodriguez | | Date: NOVEMBER 11, 1971 |
| **ATTENDANT'S CERTIFICATION** | Not attended | Address: SAN BERNARDINO, CALIFORNIA | Date: NOVEMBER 11, 1971 |
| **LOCAL REGISTRAR** | Request omission from solicitation lists | Signature: M. Leonard, M.D. | 11-15-71 |

**FOR OFFICIAL GOVERNMENTAL USE ONLY**

This is a true and exact reproduction of the document officially registered and placed on file in the Office of the Auditor/Controller-Recorder, County of San Bernardino.

DATE ISSUED: MAR 0 7 2007



*Larry Walker*
LARRY WALKER
Auditor/Controller-Recorder, County Clerk
San Bernardino County, California

This copy not valid unless prepared on engraved border displaying date, seal and signature of the Auditor/Controller-Recorder.

*001222318*




# EXHIBIT B

# Certificate of Birth
# Hemet Valley Medical Center
### Hemet, California

This Certifies that __Emmanuel Rigo Hernandez__

was born to __Esther Garibay__

in this Hospital at __3:39__ o'clock __pm__ on __Saturday__

the __24th__ day of __May__ year __2008__



In Witness Whereof the said Hospital has caused this Certificate to be signed by its duly authorized officer and its Official Seal to be hereunto affixed.

_Annette Greenwood_
Administrator

_____
Attending Physician

**Community Hospital of San Bernardino**

1805 Medical Center Drive
San Bernardino, CA 92411-1214
(909) 887-6333 Telephone
www.chsb.org

```
CHWHOSP OF SAN BERNARDINO                    11/13/2006
1805 MEDICAL CENTER DR
SAN BERNARDINO, CA
```

OUR MEDICAL RECORDS INDICATE THAT THE FOLLOWING CHILD:

ABRAHAM RIGO HERNANDEZ

WAS BORN IN THIS FACILITY

ON 11/13/2006   AT   1515 HOURS

MOTHER'S MAIDEN NAME:   ESTHER   -   GARIBAY

MOTHER'S BIRTH PLACE:   CA              DOB: 11/09/1971

FATHER'S NAME:          RIGOBERTO  -  HERNANDEZ RIVERA

FATHER'S BIRTH PLACE:   MEXICO          DOB: 06/18/1970

SEX OF CHILD: MALE

BIRTH ATTENDANT: BERNABE MARINDUQUE, MD



HOSPITAL REPRESENTATIVE

A Catholic Healthcare West Company

A Social Security card for the above named child should arrive in approximately 4 – 6 weeks.



# County of San Bernardino
## Auditor/Controller-Recorder, County Clerk
www.sbcounty.gov/acr

**STATE OF CALIFORNIA — CERTIFICATION OF VITAL RECORD**

CERTIFICATE OF LIVE BIRTH — STATE OF CALIFORNIA — 1200236010880

| | | | | |
|---|---|---|---|---|
| THIS CHILD | 1A. NAME OF CHILD — FIRST (GIVEN): LUIS | 1B. MIDDLE: ELIJAH | 1C. LAST (FAMILY): FARIAS | |
| | 2. SEX: MALE | 3A. THIS BIRTH SINGLE, TWIN, ETC: SINGLE | 4A. DATE OF BIRTH: 06/13/2002 | 4B. HOUR (24 HOUR CLOCK TIME): 2318 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY: COMM HOSP OF SAN BERNARDINO | 5B. STREET ADDRESS: 1805 MEDICAL CENTER DR | 5C. CITY: SAN BERNARDINO — COUNTY: SAN BERNARDINO | 5E. PLANNED PLACE OF BIRTH: HOSPITAL |
| FATHER OF CHILD | 6A. NAME OF FATHER — FIRST: - | 6B. MIDDLE: - | 6C. LAST (FAMILY): - | 7. STATE OF BIRTH: CA — 8. DATE OF BIRTH: UNKNOWN |
| MOTHER OF CHILD | 9A. NAME OF MOTHER — FIRST: ESTHER | 9B. MIDDLE: - | 9C. LAST (MAIDEN): GARIBAY | 10. STATE OF BIRTH: CA — 11. DATE OF BIRTH: 11/09/1971 |
| INFORMANT CERTIFICATION | | 12A. PARENT OR OTHER INFORMANT — SIGNATURE | 12B. RELATIONSHIP TO CHILD: MOTHER | 12C. DATE SIGNED: 06/19/2002 |
| CERTIFICATION OF BIRTH | | 13A. ATTENDANT OR CERTIFIER — SIGNATURE | 13B. LICENSE NUMBER: A3433324 | 13C. DATE SIGNED: 06/19/2002 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: G. SMALL, MD, 6398 N. MT. VERNON, SUITE 300, SAN BERNARDINO | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: R. PRUITT, BIRTH RECORDER | |
| LOCAL REGISTRAR | 15A. DATE OF DEATH | 15B. STATE FILE NO. | 16. LOCAL REGISTRAR — SIGNATURE: T. J. PRENDERGAST, MD | 17. DATE ACCEPTED FOR REGISTRATION: 07/11/2002 |

This is a true and exact reproduction of the document officially registered and placed on file in the Office of the Auditor/Controller-Recorder, County of San Bernardino.

DATE ISSUED: OCT 0 6 2005



LARRY WALKER
Auditor/Controller-Recorder, County Clerk
San Bernardino County, California

This copy not valid unless prepared on engraved border displaying date, seal and signature of the Auditor/Controller-Recorder.

*001080580*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# EXHIBIT C

## Paystub 1

**CONTINENTAL PALLETS**
8631 S. LIME AVE.
FONTANA, CA 92235

PERIOD FROM 4-23-07 TO 4-27-07
NAME: Rigoberto H. Rivera

| | REG. HR.# | | |
|---|---|---|---|
| 40 | | | |
| | OT. HR.# | | |

| | | |
|---|---|---|
| TOTAL EARNINGS | 1270 | 00 |
| F.I.C.A. | 78 | 74 |
| WITHHOLDING U.S. INCOME TAX | 29 | 17 |
| STATE INCOME TAX | 3 | 54 |
| S.D.I. | 7 | 62 |
| MEDICARE | 18 | 41 |
| TOTAL DEDUCTIONS | 137 | 48 |
| NET PAY | 1132 | 52 |

EMPLOYEE'S STATEMENT OF EARNINGS AND DEDUCTIONS - DETACH AND RETAIN

## Paystub 2

**CONTINENTAL PALLETS**
8631 S. LIME AVE.
FONTANA, CA 92235

PERIOD FROM 4-30-07 TO 5-4-07
NAME: Rigoberto H. Rivera

| | REG. HR.# | | |
|---|---|---|---|
| 40 | | | |
| | OT. HR.# | | |

| | | |
|---|---|---|
| TOTAL EARNINGS | 1270 | 00 |
| F.I.C.A. | 78 | 74 |
| WITHHOLDING U.S. INCOME TAX | 29 | 17 |
| STATE INCOME TAX | 3 | 54 |
| S.D.I. | 7 | 62 |
| MEDICARE | 18 | 41 |
| TOTAL DEDUCTIONS | 137 | 48 |
| NET PAY | 1132 | 52 |

EMPLOYEE'S STATEMENT OF EARNINGS AND DEDUCTIONS - DETACH AND RETAIN

## Paystub 3

**CONTINENTAL PALLETS**
8631 S. LIME AVE.
FONTANA, CA 92235

PERIOD FROM 5-7-07 TO 5-11-07
NAME: Rigoberto H. Rivera

| | REG. HR.# | | |
|---|---|---|---|
| 40 | | | |
| | OT. HR.# | | |

| | | |
|---|---|---|
| TOTAL EARNINGS | 1270 | 00 |
| F.I.C.A. | 78 | 74 |
| WITHHOLDING U.S. INCOME TAX | 29 | 17 |
| STATE INCOME TAX | 3 | 54 |
| S.D.I. | 7 | 62 |
| MEDICARE | 18 | 41 |
| TOTAL DEDUCTIONS | 137 | 48 |
| NET PAY | 1132 | 52 |

EMPLOYEE'S STATEMENT OF EARNINGS AND DEDUCTIONS - DETACH AND RETAIN

# EXHIBIT D



# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

03/05/08

RIGOBERTO H RIVERA

2195 MARIGOLD WAY

HEMET CA 92545

YOUR IMMEDIATE ATTENTION IS REQUIRED

Account Number     ▓▓▓▓▓▓▓
Property Address   2195 MARIGOLD WAY

HEMET CA 92545-0000

Dear  RIGOBERTO H RIVERA

You were previously notified of your default and the demand for reinstatement on the above account.

Because you have failed to reinstate, your account may be sent to an attorney to initiate foreclosure action. Upon referral, you may incur substantial fees and costs, and the foreclosure status will be reported to credit agencies.

Upon completion of the foreclosure:
* You will lose title to the property.
* You may be liable for the foreclosure costs, including attorney fees.
* You may be personally liable for any remaining balance due.
* The foreclosure will be reported to credit agencies and to the Internal Revenue Service.

If you wish to discuss possible alternatives to avoid the foreclosure action, please contact us at 800-850-4622.

Notice - This is an attempt to collect a debt and any information obtained will be used for that purpose. If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced account, not as a personal liability.

Loss Mitigation Department
Loan Servicing
5025

# EXHIBIT E

**Balboa** *Thrift and Loan*
P.O. Box 1147
Chula Vista, CA 91912-1147
Phone: (800) 354-1160
Local: (619) 397-7700
Fax: (619) 397-7693

RETURN THIS PORTION WITH PAYMENT

| LOAN NUMBER | |
|---|---|
| 02 007365 03 | |

| PAYMENT | 675.72 |
|---|---|
| PAST DUE | 629.58 |
| LATE CHARGES | 202.74 |
| TOTAL PAYMENT DUE | 1,508.04 |
| DATE DUE | 7-26-08 |


RIGOBERTO H RIVERA
ESTHER GARIBAY
2195 MARYGOLD WAY
HEMET CA 92545

260

EXTRA PRINCIPAL    $ _____
TOTAL AMOUNT PAID  $ _____

☐ CHECK HERE IF YOUR ADDRESS HAS CHANGED. RECORD YOUR NEW ADDRESS ON THE BACK OF THIS FORM.

---

**Balboa** *Thrift and Loan*
P.O. Box 1147
Chula Vista, CA 91912-1147
Phone: (800) 354-1160
Local: (619) 397-7700
Fax: (619) 397-7693

### ACCOUNT SUMMARY

| LOAN NUMBER | CURRENT BALANCE | PREVIOUS BALANCE | DATE PRINTED |
|---|---|---|---|
| 02 007365 03 | 29,978.46 | 30,257.79 | 7-11-08 |

***1-800-354-1160***     ***GOLD PHONE***     ***1-800-354-1160***

*Access your account information Fast, Easy, Secure & Toll Free*
*• • • • You can also make your payment on GOLD PHONE!!!!*
*• • • • Use Western Union Speed Pay Service • • • •*
*• • Link to Western Union on line at www.balboathrift.com • •*
*• • GOLD PHONE 1-800-354-1160 • •*

PROPERTY ADDRESS: 2195 MARYGOLD WAY

260  1   328 6180

| CODE | DATE | TRANS AMT | INTEREST | PRINCIPAL | LATE CHARGES | OTHER |
|---|---|---|---|---|---|---|
| 600 | 6-18-08 | 500.00 | 395.67 | 104.33- | 0.00 | 0.00 |
| 600 | 6-18-08 | 175.00 | 0.00 | 175.00- | 0.00 | 0.00 |
| 560 | 7-07-08 | 33.79- | 0.00 | 0.00 | 33.79 | 0.00 |

| NEXT PAYMENT DUE | PAST DUE | REGULAR PAYMENT AMOUNT | LATE CHARGE | TOTAL PAYMENT DUE |
|---|---|---|---|---|
| 7-26-08 | 629.58 | 675.72 | 202.74 | 1,508.04 |

**These figures do not represent the amount needed to payoff your loan.**
**Call Loan Service for payoff, (800) 748-5684 Opt. # 4**

GPS-MXBB



**Balboa**
*Thrift and Loan*
Member FDIC

06-09-2008

Rigoberto H Rivera
Esther Garibay
2195 Marygold Way
Hemet CA 92545

Account Number: 02 007365 03

Dear Customer(s):

Your account is past due and we would like to discuss arrangements to resolve the problem. Numerous attempts to contact you have been unsuccessful. We can only help if we know what the problem is. Help us help you protect your credit and resolve the past due status of your account. Contact us today.

I am sure we can work out a mutually satisfactory arrangement to bring your account current. Don't let this matter go any longer. Contact one of our representatives today, toll free, at (888) 754-3341.

The amount due on your account today is $ 844.67 .

Yours truly,


Ray Preston
AVP/Manager
Collection Department

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy Court

Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

Dated: July 18, 2008  /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)