```
 1  JENNIFER L. COON
    California State Bar No. 203913
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101
    Telephone: (619) 234-8467
 4  Email: jennifer_coon@fd.org

 5  Attorneys for Mr. Hernandez-Rivera
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0719-L |
| Plaintiff, ) | **JOINT MOTION FOR CONTINUANCE OF TRIAL DATE** |
| v. ) | |
| RIGOBERTO HERNANDEZ-RIVERA, ) | |
| Defendant. ) | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the Trial currently scheduled for September 3, 2008, at 9:00 a.m., be continued to October 27, 2008, at 9:00 a.m., before the Honorable M. James Lorenz.

Respectfully submitted,

DATED: August 13, 2008    /s/ JENNIFER L. COON
                          Federal Defenders of San Diego, Inc.
                          Attorneys for Defendant Hernandez-Rivera
                          jennifer_coon@fd.org

DATED: August 13, 2008    /s/ NICOLE A. JONES
                          Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy Chambers

    Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

    Copy Defendant

Dated: August 13, 2008            /s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)