```
                                    FILED
                                  AUG 20 2008
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY          VNH         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0719-L |
|       Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| RIGOBERTO HERNANDEZ-RIVERA, ) | |
| ) | |
|       Defendant. ) | |
| ) | |

**IT IS HEREBY ORDERED** that the Trial currently scheduled for Tuesday, September 3, 2008, at 9:00 a.m. be continued to Tuesday, October 28, 2008, at 9:00 a.m. The motion *in limine* hearing is also rescheduled and now set for October 15, 2008, at 10:00 a.m. The August 25, 2008, hearing is accordingly vacated.

**SO ORDERED.**

DATED: 8/20/08

HONORABLE M. JAMES LORENZ
United States District Judge